UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONIE BURKE,<br><br>    -versus-<br><br>BANK OF NEW YORK MELON, et al.<br><br>    Defendants. | 19 Civ. 11023 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Counsel shall confer and inform the Court by letter no later than August 3, 2020 how they propose to proceed.

**SO ORDERED.**

Dated:  July 27, 2020
         New York, New York

                                            *Loretta A. Preska*
                                        _____
                                        LORETTA A. PRESKA, U.S.D.J.