UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONIE BURKE,

                    Plaintiff,

          -versus-                          19-CV-11023 (LAP)

BANK OF NEW YORK MELLON, et al.,                 ORDER

                    Defendants.

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

     The Court will hold a telephonic settlement conference on

September 23 at 1:00 p.m. using dial-in (888) 363-4734, access

code: 4645450.

**SO ORDERED.**

Dated:   August 20, 2020
         New York, New York

_Loretta A. Preska_
_____
LORETTA A. PRESKA, U.S.D.J.