```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| LEONIE BURKE,<br><br>　　　　　Plaintiff,<br><br>　　-against-<br><br>BANK OF NEW YORK MELLON, et al.,<br><br>　　　　　Defendants. | 19-CV-11023 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

　　The settlement conference is adjourned to September 28 at 2:00 p.m.  The dial-in for the call will be (888) 363-4734, access code: 4645450.

SO ORDERED.

Dated:　September 22, 2020
　　　　　New York, New York

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LORETTA A. PRESKA, U.S.D.J.