```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| LEONIE BURKE,<br><br>             Plaintiff,<br><br>     -against-<br><br>BANK OF NEW YORK MELLON, et al.,<br><br>             Defendants. | No. 19-CV-11023 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    As set out on the record of September 28, 2020, the parties have settled the action.  The Court will retain jurisdiction to administer the settlement.  The Clerk of the Court shall mark this action closed and all pending motions denied a moot.

SO ORDERED.

Dated:  October 7, 2020
        New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.