UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
LEONIE BURKE,

        Plaintiff,

   -against-

THE BANK OF NEW YORK MELLON,
NATHANIEL KIERNAN

        Defendants.
------------------------------------------------------------- x

Case No. 19-cv-11023 (LAP)

**ORDER**

AND NOW, on this __16th__ day of __November__ 2020, upon review of the parties' Stipulation to Amend the Caption, IT IS HEREBY ORDERED that the caption in this action is amended to read:

"LEONIE BURKE,

        Plaintiff

v.

THE BANK OF NEW YORK MELLON,

        Defendant."

BY THE COURT:

*/s/ Loretta A. Preska*
Honorable Loretta A. Preska
United States District Judge

cc/ecf: All Counsel of Record