UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
LEONIE BURKE,

        Plaintiff,

-against-

THE BANK OF NEW YORK MELLON,
NATHANIEL KIERNAN

        Defendants.
------------------------------------------------------- x

Case No. 19-cv-11023 (LAP)

## ORDER

AND NOW, on this __17th__ day of __November__, 2020, upon review of the parties' Stipulation for Dismissal With Prejudice, IT IS HEREBY ORDERED that the above-referenced civil action is DISMISSED WITH PREJUDICE against Nathaniel Kiernan. Each party will bear its own attorneys' fees and costs.

BY THE COURT:

_____
Honorable Loretta A. Preska
United States District Judge

cc/ecf: All Counsel of Record

The Clerk of the Court shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.