DocuSign Envelope ID: 8C15A209-E37D-4950-94CF-5379C9E7CF37

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
LEONIE BURKE,

      Plaintiff,                         Case No. 19-cv-11023 (LAP)

    -against-

THE BANK OF NEW YORK MELLON,
NATHANIEL KIERNAN

      Defendants.
-------------------------------------------------------- x

## ORDER

AND NOW, on this __3rd__ day of __December__, 2020, upon review of the parties' Stipulation for Dismissal With Prejudice, IT IS HEREBY ORDERED that the above-referenced civil action is DISMISSED WITH PREJUDICE against Nathaniel Kiernan. Each party will bear its own attorneys' fees and costs. The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

BY THE COURT:

*Loretta A. Preska*
Honorable Loretta A. Preska
United States District Judge

cc/ecf: All Counsel of Record