UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
LEONIE BURKE,

       Plaintiff,

  -against-

THE BANK OF NEW YORK MELLON,
NATHANIEL KIERNAN

       Defendants.
----------------------------------------------------------- x

Case No. 19-cv-11023 (LAP)

## ORDER

AND NOW, on this __3rd__ day of __December__, 2020, upon review of the parties' Stipulation for Dismissal With Prejudice, IT IS HEREBY ORDERED that the above-referenced civil action is DISMISSED WITH PREJUDICE. Each party will bear its own attorneys' fees and costs. This Court shall retain jurisdiction of this action only to the extent necessary to enforce any settlement agreement of the parties.

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

BY THE COURT:

*Loretta A. Preska*
Honorable Loretta A. Preska
United States District Judge

cc/ecf: All Counsel of Record

Dated:    December 3, 2020
            New York, New York